**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: SA CV 23-00095-DOC-(KESx)                    Date: May 8, 2023

Title:  Protective Industrial Products, Inc. v. Boss Innovation and Marketing, Inc.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Jonathan E. Barbee | Gregory Kent Clarkson |

**PROCEEDINGS:**          **SCHEDULING CONFERENCE (not held)**

The case is called. The Court and counsel confer.

The parties are referred to Magistrate Judge Karen E. Scott for a settlement conference to be held on or before May 18, 2023.

The Court DENIES Motion to Extend Time to File Answer [26] as moot.

The Court DENIES Ex Parte Application for Order Staying Discovery for Four Weeks [33].

The Scheduling Conference is continued to June 5, 2023 at 8:30 AM.

                                                                                      :        38
                                                            Initials of Deputy Clerk: kdu