William J. Brucker (SBN 152,551)
Shunsuke S. Sumitani (SBN 241,056)
Gregory K. Clarkson (SBN 298,712)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
Tel: (949) 855-1246
Fax: (949) 855-6371
*wbrucker@stetinalaw.com*
*ssumitani@stetinalaw.com*
*gclarkson@stetinalaw.com*
*litigation@stetinalaw.com*

Attorneys for Defendant,
Boss Innovation and Marketing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Protective Industrial Products, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Boss Innovation and Marketing, Inc., <br><br> Defendant. | Case No. 8:23-cv-00095-DOC-KES <br><br> **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE UNDER LOCAL RULE 40-2 AND STIPULATION TO STAY FUTURE DEADLINES** |

    Plaintiff Protective Industrial Products, Inc. ("Plaintiff") and Defendant Boss Innovation and Marketing, Inc. ("Defendant") have reached an agreement in principle on settlement terms and so notify this Court pursuant to Local Rule 40-2 and Section VII of the Court's Initial Standing Order [Doc. 20]. The parties are in the process of preparing a settlement agreement and executing the necessary documents to complete such settlement. The parties stipulate that they intend to file a formal Joint Dismissal

with this Court within thirty (30) days.

Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that this Court stay future deadlines in this action for thirty (30) days. The purpose of the stay is to allow the parties to finalize and execute the settlement agreement. Should settlement not be finalized by this time, the parties request that this Court proceed forward with the current deadlines in this matter.

Respectfully submitted,

Dated: May 15, 2023  STETINA BRUNDA GARRED & BRUCKER

By: /s/Gregory K. Clarkson
William J. Brucker
Shunsuke S. Sumitani
Gregory K. Clarkson

Attorneys for Defendant
Boss Innovation and Marketing, Inc.

Dated: May 15, 2023  MOLOLAMKEN LLP

By: /s/Benoit Quarmby

Benoit Quarmby
Jonathan E. Barbee
Catherine Martinez

Attorneys for Plaintiff,
Protective Industrial Products, Inc.

# ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

/s/Gregory K. Clarkson
Gregory K. Clarkson

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on May 15, 2023.

/s/Gregory K. Clarkson
Gregory K. Clarkson