MARC E. HANKIN (SBN: 170505)
E-Mail:  Marc@HankinPatentLaw.com
ANOOJ PATEL (SBN: 300297)
E-Mail:   Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Telephone:  (310) 979-3600
Facsimile:   (310) 979-3603

Attorneys for Defendant,
**Boss Innovation and Marketing, Inc.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Protective Industrial Products, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Boss Innovation and Marketing, Inc., <br><br>Defendant. | Case No. 8:23-cv-00095-DOC-KES <br><br>Hon. David O. Carter <br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSING THE CASE WITH PREJUDICE** <br><br>Date: October 23, 2023 <br><br>Time: 8:30 a.m. <br><br>Courtroom: 10A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 23, 2023 at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the above-entitled court located at 411 West Fourth Street, Santa Ana, California, Defendant, Boss Innovation and Marketing, Inc. ("Defendant"), by and through its counsel of record, will and hereby does move the Court, pursuant to Rule 12(c), for judgment on the pleadings

on Plaintiff's Complaint filed on January 1, 2023 [Dkt. 1], with prejudice.

This Motion for Judgment on the Pleadings is based upon the Complaint and Answer in the case, as well as, at the Court's discretion, this Notice of Motion and Motion, the Memorandum of Points and Authorities in support hereof, any Reply Brief in support hereof, any Declaration(s) filed in support thereof, and the complete files and records in this matter and upon such further oral and documentary evidence as may be presented to the Court or of which the Court may take Judicial Notice, and such additional evidence and arguments that may be presented by the Parties at any Hearing on this Motion.

This motion is made following an in-person meeting and conference of counsel pursuant to L.R. 7.3, which took place on September 18, 2023.

Dated: September 25, 2023

Respectfully submitted,

**HANKIN PATENT LAW, APC**

/Marc E. Hankin/
_____
Marc E. Hankin, Esq.

Attorneys for Defendant,
**Boss Innovation and Marketing, Inc.**